UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MALCOLM L. GRAY, | ) | 2:07-CV-01379-PMP-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

Having read and considered Plaintiff Gray's Motion to Show Cause Why Plaintiff's Complaint Should Not Be Dismissed (Doc. #53), and Defendants' Response thereto (Doc. #55) and finding that Plaintiff has failed to serve the remaining undismissed Defendants in this action notwithstanding two extensions of time within which to do so, and finding further that Plaintiff has not met his burden of showing that good cause exists for his failure to timely serve the remaining named Defendants in this action, and good cause appearing,

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED** with prejudice.

DATED: February 16, 2012.

_____
PHILIP M. PRO
United States District Judge