# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALCOLM L. GRAY, | 2:07-CV-01379-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

**IT IS ORDERED** that Plaintiff Gray's Motion to Strike Defendants' Response to Plaintiff's Motion to Show Cause (Doc. #58) file February 23, 2012, is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge